# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4726

PLAINTIFF:
**Steamfitters Local Union No. 420 Welfare Fund, et al.**

vs.

DEFENDANT:
**Sterling Mechanical Corporation**

For:
Sanford G. Rosenthal, Esquire
Jennings Sigmond
510 Walnut Street 16th Fl
Philadelphia, PA 19106

Received by TALONE & ASSOCIATES to be served on **STERLING MECHANICAL CORPORATION, 30 West Eagle Road (Rear), Havertown, PA 19083.**

I, GERALD TAYLOR, being duly sworn, depose and say that on the **2nd day of August, 2002 at 3:40 pm**, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Sterling Healy Sr.**, TITLE: **Supervisor** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

**Additional Information pertaining to this Service:**
Service was attempted on 7/24, 7/26, 7/27, 7/30, 8/1 and was effectuated on 8/2 at 3:40 pm.
The recipient was cooperative and is the owner's father. The telephone-number is 610-853-1299.

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: Caucasian, Height: 5'7, Weight: 165, Hair: Gray, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 6th day of August, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002085

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c