### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL UNION NO.<br>420 WELFARE FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| STERLING MECHANICAL<br>CORPORATION | : | NO. 02-4726 |
| Defendant | : | |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant Sterling Mechanical Corporation for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

        BY: s/SANFORD G. ROSENTHAL
            SANFORD G. ROSENTHAL (ID.NO. 38991)
            The Penn Mutual Towers, 16th Floor
            510 Walnut Street, Independence Square
            Philadelphia, PA 19106-3683
            (215) 351-0611

        Attorney for Plaintiffs

Date: September 25, 2002

104093-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL UNION NO. 420 WELFARE FUND, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| STERLING MECHANICAL CORPORATION | : : : | NO. 02-4726 |
| Defendant | : : | |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, having been first duly sworn according to law, hereby deposes and states as follows:

I am the attorney for the Plaintiffs in the above-entitled action.

The Complaint and Summons in this action was served on the Defendant Sterling Mechanical Corporation by Gerald Taylor, Process Server, on August 2, 2002 as appears from the Return of Service, which has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

The Defendant is not an infant or incompetent person and is not in the military service.

s/SANFORD G. ROSENTHAL
SANFORD G. ROSENTHAL

Sworn to and subscribed
before me this __day of September, 2002

_____
Notary Public

104093-1

**CERTIFICATE OF SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Sterling Mechanical Corporation
30 W. Eagle Road
Havertown, PA  19083

s/SANFORD G. ROSENTHAL_____
SANFORD G. ROSENTHAL, ESQUIRE

DATE: September 25, 2002

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWLOADING FROM THE ECF SYSTEM

104093-1