STEAMFITTERS LOCAL UNION NO. 420 WELFARE FUND, et al. v.
STERLING MECHANICAL CORPORATION
CIVIL ACTION NO. 02-4726

JENNINGS SIGMOND ATTORNEYS' FEES - SEPTEMBER 2002

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/05/02 | CTM | Phone Conference with Fund regarding Updated Delinquency Contributions<br>Preparation of Request to Clerk to Enter Default | .8 |
| 9/10/02 | CTM | Review of File regarding Previous Delinquency<br>Review of Documents from Fund regarding Updated Delinquent Contributions | .5 |
| 9/17/02 | CTM | Calculation of Interest Due<br>Calculation of Liquidated Damages<br>Calculation of Total Delinquent Contributions<br>Preparation of Motion for Entry of Default Judgment | 3.2 |
| 9/18/02 | SGR | Review and Revision of Request to Enter Default | .1 |
| 9/20/02 | SGR | Review and Revision of Motion for Default Judgment<br>Review of Delinquency Calculations<br>Preparation of Motion for Filing | 1.0 |
| | | TOTAL HOURS | 5.6 |

September Summary

| CTM | 4.5 Hrs. x $70/per hour | = | $315.00 |
|---|---|---|---|
| SGR | 1.1 Hrs. x $185/per hour | = | $2,035.00 |
| | September Total | = | $2,350.00 |
| | Billing (7/10/02-8/31/02) | = | $808.27 |
| | **Grand Total:** | = | $3,158.27 |



EXHIBIT
1

104574-1

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  STF420-22706-016 RBS
                        Bill date   08/09/02
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Sterling Mechanical Corp.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/10/02 | SGR | Review of Correspondence from J. Venditti; Letter to J. Vendetti | .10 hrs | 210 /hr | 21.00 |
| 07/11/02 | SGR | Review of Delinquency Update; Preparation of Complaint | 1.50 hrs | 210 /hr | 315.00 |
| 07/16/02 | SGR | Review and Revision of Complaint | .40 hrs | 210 /hr | 84.00 |
| 07/18/02 | CTM | Review of Documents from Court | .10 hrs | 85 /hr | 8.50 |
| 07/19/02 | SGR | Memo to File regarding Case Status | .20 hrs | 210 /hr | 42.00 |
| 07/23/02 | SGR | Memo to File | .20 hrs | 210 /hr | 42.00 |
| 07/24/02 | SGR | Review of Correspondence from Court; Memo to File regarding Service | .20 hrs | 210 /hr | 42.00 |

             TOTAL FEES                              $      554.50

DISBURSEMENTS

07/31/02 COPY Photocopies                                    5.74

             TOTAL DISBURSEMENTS                     $        5.74

BILLING SUMMARY

             TOTAL FEES                              $      554.50

             TOTAL DISBURSEMENTS                     $        5.74

             TOTAL CHARGES FOR THIS BILL             $      560.24

```
                                        Jennings Sigmond

REPORT DATE    09/17/02              WORK IN PROCESS REPORT                           PAGE    1
REPORT NUMBER  JP038-048951
SORTED BY CLIENT/MATTER                                                               PRINTED BY MHT2
BILL THROUGH RANGE 00/00/00-09/17/02


CLIENT  STF420   MATTER  22706    Steamfitters Local 420 Funds      Sterling Mechanical Corp.
                                  Gerald J. Diviny
                                  7700 Lindbergh Blvd.
                                  Philadelphia, PA 19153
BILL TMKP :   RBS     Richard B. Sigmond
ORIG TMKP :   RBS     Richard B. Sigmond


  DATE    TIMEKEEPER     HOURS        AMOUNT   DESCRIPTION

 08/06/02    SGR          .20          42.00   Phone Conference with A. Goldberg regarding
                                               Service
 08/07/02    CTM          .10           8.50   Review of Documents from Court regarding Summons


         TIMEKEEPER TOTALS

CTM         .10      85 /hr           8.50
SGR         .20     210 /hr          42.00

TOTAL       .30             $        50.50


         DISBURSEMENTS

 08/01/02    PO                        9.76    Postage Charges
 08/01/02    FF                      150.00    Filing Fee - US District Court
 08/09/02    7100                    116.00    Service Fee


         DISBURSEMENT TOTALS

PO                       9.76
FF                     150.00
7100                   116.00

DISB TOTAL       $     275.76

BILL TOTAL       $     326.26


     LAST ACTIVE   09/04/02                LAST PAYMENT   08/30/02
```

Jennings Sigmond

REPORT DATE   09/17/02
REPORT NUMBER J2038-048951
SORTED BY CLIENT/MATTER
BILL THROUGH RANGE 00/00/00-09/17/02

WORK IN PROCESS REPORT

PAGE   2

PRINTED BY MHT2

|  | HOURS | FEES/ EXPENSES |
|---|---|---|
| REPORT TOTALS | .30 | 50.50 |
|  |  | 275.76 |