IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEAMFITTERS LOCAL UNION NO. 420 WELFARE FUND, ET AL.,** | : | **CIVIL ACTION NO. 02-CV-4726** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **STERLING MECHANICAL CORP.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22th day of April 2004, upon consideration of Plaintiffs' Complaint (Doc. 1), Request for Default (Doc. 3), Motion for Default Judgment (Doc. 4), and Statements and Documents in Support of Amounts Owed (Doc. 6) it appearing to this Court that Defendant Sterling Mechanical Corporation was served with process on August 2, 2002 and has inexcusably, knowingly, and willfully failed to appear, plead, or otherwise defend, and the default against said Defendant having been entered on September 26, 2002, **IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Judgment is entered against the Defendant Sterling Mechanical Corporation and in favor of the Plaintiffs for $40,184.96 including:

   (a) Unpaid contributions for March 2001 to August 2002 in the amount of $28,820.07 and liquidated damages for the period of August 2001 through August 2002 in the amount of $7,105.12;

   (b) Interest through September 20, 2002 in the amount of $1,101.50;

   (c) Attorneys' fees and costs incurred by Plaintiffs through September 20, 2002 in the amount of $3158.27. Plaintiffs are awarded reimbursed of all additional

      attorneys' fees and costs they incur in the collection and enforcement of this judgment.

2. This Order and Judgment is enforceable, without duplication, by one or more of the Plaintiffs, jointly and severally, or their agents.

**BY THE COURT:**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**